1  JASON D. GUINASSO, ESQ.
   HUTCHISON & STEFFEN, PLLC
2  SBN# 8478
3  500 Damonte Ranch Parkway, Suite 980
   Reno, Nevada 89521
4  Telephone: (775) 853-8746
   Facsimile: (775) 201-9611
5  jguinasso@hutchlegal.com
   *Attorney for Defendants FESS Inc. and Paul Marsh*
6

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 | DEANDRE MORROW, an individual;

12 |     Plaintiff,                         | Case No. 2:20-cv-00307-APG-BNW

13 | vs.                                    | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

14 | FESS SECURITY Inc., et al.,

15 |     Defendant.

16

17       Plaintiff, DEANDRE MORROW and Defendants, FESS SECURITY Inc, and PAUL

18 MARSH, an individual, (Collectively "Defendants"), by and through Plaintiff DEANDRE

19 MORROW proceeding pro-se, and Defendants attorney of record, hereby stipulate and respectfully

20 request an order dismissing the entire action with prejudice. This matter has resolved through a

21 mutually agreed settlement agreement.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Each party shall bear its own costs and attorney's fees.

Dated: March 31, 2021.    Dated: March 17, 2021.

Respectfully submitted,    Respectfully submitted,

*/s/ Jason D. Guinasso, Esq.*    */s/ Deandre Morrow*
**HUTCHISON & STEFFEN, PLLC**    **DEANDRE MORROW**
Jason D. Guinasso, Esq.    Pro-Se Plaintiff
Attorney for Defendants
FESS SECURITY Inc.,
And PAUL MARSH

**IT IS SO ORDERED.**

Dated this __1st__ day of __April_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

2.